UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

| | |
|---|---|
| Case No. 2:25-cr-00502-JAK | Date: 07/08/2025 |
| Present: The Honorable: Pedro V. Castillo, United States Magistrate Judge | |
| Interpreter: Thomas Kavelin | Language: Spanish |
| Marlene Ramirez | CS 07/08/2025 | Lauren Border |
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)   ✓ Present   Released on Bond
Esteban Armenta Arias

Attorneys for Defendants:   ✓ Present   DFPD
Shannon M. Coit, S/A by Rebecca Harris

Proceedings: Arraignment of Defendant and/or   ✓ Assignment of Case   Initial Appearance   Appointment of Counsel

* Interpreter confirmed to be present in the courtroom assisting with interpretation. Name of interpreter: Thomas Kavelin; Language: Spanish
* Defendant states true name is the name on the Information.
* Defendant is arraigned under name on the Information.
* Defendant acknowledges having read the Information and discussed it with counsel.
* Court advises that the defendant has a constitutional right to be charged with a felony by an indictment from a grand jury, but that right can be waived and if so, the case would proceed on an information filed by the United States Attorney.
* Court asks if the defendant has discussed waiving the right to indictment by a grand jury with his attorney, and if so whether the defendant has formally waived that right.
* Defendant signs waiver of indictment in court.
* Waiver of Indictment is submitted, accepted by the Court, and filed.
* Defendant pleads "not guilty" to all counts of the Information.
* This case is assigned to Judge John A. Kronstadt.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 08/12/2025 9:00 AM;
Pre-Trial Conference: 07/31/2025 8:30 AM.
The parties are referred to Judge Kronstadt's Procedures and Schedules to obtain a copy of the judge's discovery order located on the Court's website at www.cacd.uscourts.gov. The last day to hear motions is the same date and time as the Final Pretrial Conference. A Joint Report is due 14 days from the PIA hearing. Judge Kronstadt is located in 10C, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc: PSALA   PSAED   PSASA
    USMLA   USMED   USMSA
    Statistics Clerk   ✓ Interpreter
    CJA Supervising Attorney   Fiscal

Initial Appearance/Appointment of Counsel: 00 : 00
Arraignment: 00 : 03
Initials of Deputy Clerk: MR by TRB