# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ESTEBAN ARMENDA ARIAS,<br><br>Defendant. | No. 2:25-cr-00502-JAK<br><br>**ORDER RE STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT (DKT. 20)** |

Based on a review of the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act ("Stipulation" (Dkt. 20)), sufficient good cause has been shown for the requested relief. The Stipulation, which is incorporated by this reference, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

It is further found that (i) the delay during which the prosecution is deferred by the attorney for the Government is pursuant to a written agreement with the Defendant, with the approval of the Court, for the purpose of allowing the defendant to demonstrate his good conduct; (ii) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (iii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iv) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

**THEREFORE, FOR GOOD CAUSE SHOWN:**

1. The trial in this matter is continued from August 12, 2025, to August 25, 2026, at 9:00 a.m. and the pretrial conference is continued to August 13, 2026, at 8:30 a.m., with all motions and other submissions by the parties filed on or before July 30, 2026.

2. The time period of August 12, 2025 to August 25, 2026, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(a), (h)(7)(A), (h)(7)(B)(i) and (B)(iv).

3. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of

1 | additional time periods from the period within which trial must commence.

2 |     4.    Defendant shall appear in Courtroom 10C of the Federal Courthouse, 350
3 | W. 1st Street, Los Angeles, California on August 25, 2026, at 9:00 a.m.
4 |     **IT IS SO ORDERED.**

July 29, 2025
Date

John A. Kronstadt
United States District Judge