TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
RAHUL R.A. HARI (Cal. Bar No. 313528)
Assistant United States Attorney
Major Crimes Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-6159
    Facsimile:  (213) 894-0141
    E-mail:      Rahul.Hari@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>         v.<br><br>ESTEBAN ARMENTA ARIAS,<br><br>       Defendant. | No. 2:25-cr-00502-JAK<br><br>MOTION TO DISMISS INFORMATION WITH PREJUDICE PURSUANT TO RULE 48(a) |

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California, and Assistant United States Attorney Rahul R.A. Hari, hereby moves to dismiss its Information (Dkt. 13) against defendant ESTEBAN ARMENTA ARIAS with prejudice.

Federal Rule of Criminal Procedure 48(a) provides that "[t]he government may, with leave of court, dismiss an indictment,

1

information, or complaint." Fed. R. Crim. P. 48(a). The government's request for dismissal is made in good faith and in the interest of justice. The law "generally require[s] a district court to defer to the government's decision to seek a dismissal of a criminal charge." United States v. Gonzalez, 58 F.3d 459, 462 (9th Cir. 1995).

Accordingly, the government requests that the Court grant this motion to dismiss the Information with prejudice against defendant ARIAS pursuant to Federal Rule of Criminal Procedure 48(a).

Additionally, the government requests that the Court vacate all remaining dates in this matter and exonerate any bond.


Dated: July 31, 2026              Respectfully submitted,

                                  TODD BLANCHE
                                  Acting Attorney General

                                  BILAL A. ESSAYLI
                                  First Assistant United States
                                  Attorney

                                  JENNIFER L. WAIER
                                  Chief Assistant United States
                                  Attorney &
                                  Chief, Criminal Division


                                  _____/s/_____
                                  RAHUL R.A. HARI
                                  Assistant United States Attorney

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA