JS-3

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-cr-00502-JAK |
| Plaintiff, | **ORDER GRANTING MOTION TO DISMISS INDICTMENT WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) (DKT. 22)** |
| v. | |
| ESTEBAN ARMENTA ARIAS, | |
| Defendant. | |

Based on a review of the Government's Motion to Dismiss the Information With Prejudice against defendant Esteban Armenta Arias, pursuant to Federal Rule of Criminal Procedure 48(a) ("Motion" (Dkt. 22)), sufficient good cause has been shown for the requested relief. Accordingly, the Motion is **GRANTED**, as follows:

1. The Information is hereby Dismissed with prejudice as to defendant Esteban Armenda Arias.

2. All remaining dates in this matter are hereby vacated and any bond is exonerated.

**IT IS SO ORDERED.**

July 31, 2026
Date

John A. Kronstadt
United States District Judge

2